

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. On consideration of the motions filed by the National Association of Criminal Defense Lawyers for leave to file Amicus Curiae brief, to participate in oral argument, and to correct errata, it is ordered that said motions to correct errata and for leave to file Amicus Curiae brief are hereby granted, and the motion to participate in oral argument is hereby denied.

No. 12–6005/AF. U.S. v. Robert C. Brissette. CCA 2011–07. On consideration of the certificate of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2006), and Appellee's motion to dismiss, it is ordered that the decision of the United States Air Force Court of Criminal Appeals is affirmed, and the motion to dismiss is denied.*

A summary affirmance is consistent with the majority's position in *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011), and in light of *Fosler*, correctly resulted in the granting of Appellee's petition for extraordinary relief on January 3, 2012. However, because I adhere to my position in *Fosler*, I concur in denying the motion to dismiss, but dissent with regard to the *Fosler* issues for the reasons stated in my dissenting opinion in *Fosler*. 70 M.J. 225, 240–47 (C.A.A.F. 2011).

---

* BAKER, Chief Judge (concurring in part, dissenting in part):